FILED
Charlotte
Jan 17 2023
U.S. District Court
Western District of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ORDER FOR SELECTION ) <br> OF 2023 GRAND JURORS ) <br> FOR CHARLOTTE DIVISION ) | Misc. No. 3:23-MC-00006-MR |

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Charlotte master jury wheel 125 names and draw from the Statesville master jury wheel 125 names for potential service as 2023 GRAND JURORS for the United States District Court, Western District of North Carolina, Charlotte Division. The first appearance of these Grand Jurors is scheduled for Tuesday, January 17th, 2023, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including twelve regular terms of court convening on January 17, 2023; February 21, 2023; March 21, 2023; April 18, 2023; May 16, 2023; June 20, 2023; July 18, 2023; August 15, 2023; September 19, 2023; October 17, 2023; November 21, 2023; and December 12, 2023; and any additional sessions or dates which may be required.

This the ___17th___ day of January, 2023.

_Martin Reidinger_
Martin Reidinger
Chief United States District Court Judge